# Court of Appeals
# of the State of Georgia

ATLANTA,  October 15, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0498. MICHAEL ANTHONY MAJOR v. THE STATE.**

In 2009, Michael Anthony Major pleaded guilty to armed robbery and other crimes. In 2018, he filed a motion for an evidentiary hearing and a "motion for out-of-time appeal of guilty plea." In a single order, entered on May 18, 2018, the trial court denied both motions. On June 21, 2018, Major filed a notice of appeal. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Major's notice of appeal is untimely, as it was filed 34 days after entry of the order he seeks to appeal. Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/15/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*